# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LEONOR DOMINGUEZ,**
Appellant,

v.

**SENTRY PUBLIC ADJUSTING, LLC., ET AL.,**
Appellee.

No. 4D20-1060

[December 10, 2020]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 202019CA011735XXXXMB.

Kenneth Eric Trent, Oakland Park, for appellant.

Noah B. Tennyson of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***